## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS

**IN RE: ERIC JONES**                                        **CASE NO. 21-10598**
**DEBTOR**                                                   **CHAPTER 13**

### NOTICE OF OPPORTUNITY TO OBJECT

You are hereby notified that the captioned debtor has filed the Amended Plan. Objections must be filed with the Bankruptcy Court at 300 W. 2nd Street, Little Rock, Arkansas 72201 in writing within twenty-eight (28) days from the date of this notice, with copies to the attorney for debtors and to the Standing Chapter 13 Trustee, P. O. Box 8202, Little Rock, Arkansas 72221.

If objections are filed, they will be set for hearing by subsequent notice. If no objections are received, the Plan may be granted without further notice or hearing.

Date: August 17, 2021                          /S/ Mickey Stevens
                                               American Bankruptcy Associates PLLC.
                                               Skelton & Stevens Legal Group PLLC.
                                               2615 N. Prickett Road Suite 2
                                               Bryant, AR 72022
                                               Phone: (501)481-8923

### CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing Plan and attached Notice of Opportunity to Object have been mailed to the following:

Jack W. Gooding
Chapter 13 Standing Trustee
P.O. Box 8202
Little Rock, AR 72221

Creditors per matrix as of August 17, 2021

August 17, 2021                                /S/ Mickey Stevens