IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

IN RE: ERIC JONES  CASE NO.: 21-10598
DEBTOR  CHAPTER 13

## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the amended plan filed on June 2, 2022 at Docket No. 70 has been serviced by CM/ECF to the Standing Chapter 13 Trustee for this matter and the local United States Trustee; and served by regular U.S. Mail postage prepaid to the following on June 2, 2022:

Home Point Financial
Attn: Willie Newman President/CEO
11511 Luna Road Suite 300
Farmers Branch, TX 75234

TN Dept of Human Services
400 Deaderick 7th Floor
Nashville, TN 37219

And to all creditors whose names and addresses are set forth on the following page(s)

June 2, 2022

/s/ Mickey Stevens
American Bankruptcy Associates PLLC.
Skelton and Stevens Legal Group PLLC.
2615 N. Prickett Road Suite 2
Bryant, AR 72022
Phone: (501)481-8923

21-10598 Eric Jones
Creditors

Acceptancenow
5501 Headquarters
Plano, TX 75024

American Express
P.O. Box 981537
El Paso, TX 79998

Arkansas Family Medicine
15400 Chenal Pkwy Ste. 130
Little Rock, AR 72211

Arkansas Surgical Hospital
P.O. Box 379
Greensburg, IN 47240

Arkansas Urology
P.O. Box 51391
Lafayette, LA 70505

Baptist Health
P.O. Box 23840
Little Rock, AR 72221

Bowen Hefley Orthopedics
5 St. Vincent Circle Ste. 100
Little Rock, AR 72205

Capital One Bank USA NA
P.O. Box 30281
Salt Lake City, UT 84130

Chrysler Capital
P.O. Box 961275
Fort Worth, TX 76161

Comenity Bank/VCTRSSEC
P.O. Box 182789
Columbus, OH 43218

Cowboy Certified Pre-Owned
15 Colonel Glenn Road
Little Rock, AR 72210

Credit Management
6080 Tennyson Parkway Ste. 100
Plano, TX 75024

Credit One Bank
P.O. Box 98872
Las Vegas, NV 89193

Home Point Financial
4849 Greenville Ave. Ste. 800
Dallas, TX 75206

Home Point Financial Corporation
Robertson, Anschutz, Schneid, Crane & Pa
10700 Abbotts Bridge Road Suite 170
Duluth, GA 30097

Lending Club Corporation
71 Stevenson Place Ste. 300
San Francisco, CA 94105

Little Rock Dermatology
9601 Baptist Health Drive Ste. 690
Little Rock, AR 72205

LVNV Funding LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603

Mid South Adjustment
200 East 11th Street
Pine Bluff, AR 71601

MSCB
1410 Industrial Park Road
Paris, TN 38242

OrthoArkansas
800 Fair Park Blvd.
Little Rock, AR 72205

Orthosurgeons
C/O Mid South Adjustment Co.
200 E. 11th Street Ste. K
Pine Bluff, AR 71601

Pinnacle Anesthesia C/O Mid South Adjustment
200 E. 11th Ste. K
Pine Bluff, AR 71601

Pinnacle Anesthesia Consultant
4 Shackleford Plaza #103
Little Rock, AR 72211

Professional Account Services
P.O. Box 188
Brentwood, TN 38024

PYOD LLC.
Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602

Quantum3 Group LLC as agent for Comenity Bank
P.O. Box 788
Kirkland, WA 98083

Radiology Consultants of LR
P.O. Box 55510
Little Rock, AR 72215

Santander Consumer USA
P.O. Box 961245
Fort Worth, TX 75161

South Baldwin Medical Group
101 E. 15th Ave.
Gulf Shores, AL 36542

Specialised Loan Service
P.O. Box 4411508
Houston, TX 77244

Wells Fargo Bank N. A.
Wells Fargo Card Services
P.O. Box 10438, MAC F8235-02F
Des Moines, IA 50306

Webbank/Ringerhut
6250 Ridgewood Road
Saint Cloud, MN 56303

Wells Fargo Card Services
Credit Bureau Dispute Resolut
P.O. Box 14517
Des Moines, IA 50306