## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

In re: ERIC JONES                                    Case No:   4:21-bk-10598 J

### OBJECTION TO CONFIRMATION OF PLAN
### AS MODIFIED POST-CONFIRMATION ON 6/2/22

Comes now Jack W Gooding, Standing Trustee for Chapter 13 cases, for his objection to the plan of the above debtor(s) states:

1.  11 U.S.C. 1322(a)(1).  The plan does not commit to the supervision and control of the Trustee funds sufficient for the execution of the plan. The proposed payments under the plan are insufficient to accomplish the purposes designated under the plan.

Wherefore, your petitioner prays for an order denying confirmation of the plan and dismissing this case and for all other just and proper relief to which he may be entitled.

Dated:  6/3/2022                                    /s/  Jack W Gooding

_____
CHAPTER 13 TRUSTEE

### CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 6/3/2022, with sufficient postage to assure delivery to the following:

ERIC JONES
11 Park Ridge Drive
Maumelle, AR  72113

Skelton And Stevens Law Group Pllc - Electronically by ECF

/s/  Jack W Gooding

_____
CHAPTER 13 TRUSTEE

APW