IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:  Eric Jones

CASE NO:   4:21-bk-10598 J Chapter 13

CHAPTER 13 ORDER
TO MODIFY CHAPTER 13 PLAN

Before the court is the Objection to Confirmation of Plan, Docket Entry [73], filed on June 03, 2022 by the Trustee.   The Objection was set for hearing on July 26, 2022. Prior to the hearing, the objection was settled, and a hearing was not necessary.

For cause shown, the court finds that the Objection to Confirmation of Plan is sustained. The Debtor is granted 28 days from the date of this Order to file a modification to the plan. Failure to file the modification within the time described in this Order may result in dismissal of the case without further notice or hearing.

IT IS SO ORDERED.

Date:  07/28/2022 /s/   Phyllis M. Jones
 Phyllis M. Jones
 U.S. Bankruptcy Judge

cc:   Jack W Gooding, Trustee

 Skelton And Stevens Law Group Pllc - - Electronically by ECF

 Eric Jones
 11 Park Ridge Drive
 Maumelle, AR  72113