IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RE:  Eric Jones
CASE NO:   4:21-bk-10598 J                                              Chapter 13

TRUSTEE'S MOTION TO DISMISS

COMES now Jack W Gooding, Trustee, and for his Motion to Dismiss the above styled case, states:

1. That the above styled Chapter 13 petition was filed on March 04, 2021 and was confirmed on 9/10/2021.

2. FREEDOM MORTGAGE CORPORATION filed a secured claim in the sum of $4,704.12. Based on the claims filed and allowed, payments made into the plan to date, and currently scheduled payments, the plan will not be completed within sixty months from the effective date of the plan.

3. That for the above reasons the plan is no longer feasible.

WHEREFORE, your petitioner prays for an Order dismissing this case without prejudice to the Debtor's right to file a new Chapter 13 plan in the future and for all other just and proper relief.

Date:  08/14/2023                                  /s/  Jack W Gooding
                                                   Jack W Gooding
                                                   CHAPTER 13 TRUSTEE

CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 8/14/2023, with sufficient postage to assure delivery to the following:

Eric Jones
11 Park Ridge Drive
Maumelle, AR  72113

Skelton And Stevens Law Group Pllc - Electronically by ECF

                                              /s/ Jack W Gooding
                                                 Jack W Gooding
                                            CHAPTER 13 TRUSTEE