# United States Bankruptcy Court
## Eastern District of Arkansas

In re **Eric Jones** Debtor(s)

Case No. **4:21-bk-10598**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **October 6, 2023**, a copy of **the Chapter 13 Modified Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

- Acceptancenow
- American Express
- Arkansas Family Medicine
- Arkansas Surgical Hospital
- Arkansas Surgical Hospital
- Arkansas Urology
- Baptist Health
- Baptist Health
- Bowen Hefley Orthopedics
- Bowen Hefley Orthopedics
- Bowen Hefley Orthopedics
- Capital One Bank USA NA
- Chrysler Capital
- Comenity Bank/VCTRSSEC
- Cowboy Certified Pre-Owned
- Credit Management LP
- Credit One Bank
- Credit One Bank
- Home Point Financial
- LendingClub Corporation
- Little Rock Dermatology
- Mid South Adjustment
- MSCB
- Ortho Arkansas
- Pinnacle Anesthesia Consultant
- Professional Account Services
- Radiology Consultants of LR
- Radiology Consultants of LR
- Santander Consumer USA
- South Baldwin Medical Group
- Specialized Loan Service
- Tennessee Dept. Human Services
- TN Dept of Human Services
- Webbank/Fingerhut
- Wells Fargo Card Services

/s/ Mickey Stevens
**Mickey Stevens**
**American Bankruptcy Associates, PLLC**
**2615 N. Prickett Rd., Ste 2**
**Bryant, AR 72022**
**501-481-8923 Fax:877-338-6063**
**skeltonandstevens@outlook.com**